No. 12–7440. POWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7443. BARADJI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7446. CAMPBELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7447. CRUZ-GREGORIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7452. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7453. ORTIZ VASQUEZ *v.* KNIPP, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7456. KOSCHUK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7462. NWANKWOALA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7463. BUCKUSE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7466. RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7472. BARRON-GALVAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7474. ALVAREZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7475. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7481. BATTLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7485. YOUNG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7488. CHATMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.